IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, IDAHO LABORERS-EMPLOYERS PENSION TRUST FUND, AND OREGON AND SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND PAVING, INC., a foreign corporation,<br><br>    Defendant. | 3:12-CV-00100-ST<br><br>ORDER |

BROWN, Judge.

　　Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#21) on April 6, 2012, in which she recommends this Court grant Plaintiffs' Motion (#9) for Judgment, Motion (#12) for Attorney Fees, and Bill of Costs (#13) and enter a judgment awarding Plaintiffs $1,125.84 for contributions, $81.82 for accrued interest, $122.86 in liquidated damages, costs in the

1 - ORDER

amount of $392.00, and $2,945.50 for attorneys' fees. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#21). Accordingly, the Court **GRANTS** Plaintiffs' Motion (#9) for Judgment, Motion (#12) for Attorney Fees, and Bill of Costs (#13) and awards Plaintiffs $1,125.84 for contributions, $81.82 for accrued interest, $122.86 in liquidated damages, costs in the amount of $392.00, and $2,945.50 for attorneys' fees.

IT IS SO ORDERED.

DATED this 17th day of May, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER