IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, IDAHO LABORERS-EMPLOYERS PENSION TRUST FUND, AND OREGON AND SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND PAVING, INC., a foreign corporation,<br><br>      Defendant. | 3:12-CV-00100-ST<br><br>JUDGMENT |

Based on the Court's Order (#23) issued May 17, 2012,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs shall have Judgment for and recover of and from Defendant Black Diamond Paving, Inc., the following sums:

1 - JUDGMENT

1. For amounts owing the Health & Welfare, Pension Trust, and Training Trust, plus dues:

    a. $1,125.84 for the unfunded May 2011 remittance report, together with accrued interest of $81.82, and further interest upon such sums at the legal rate from the date of Judgment until paid;

    b. $122.86 as and for liquidated damages, together with interest at the legal rate from the date of Judgment until paid;

    c. $2,945.50 as and for attorneys' fees necessarily incurred, together with interest at the legal rate from the date of Judgment until paid; and

    d. $392.00 as and for costs necessarily incurred, together with interest at the legal rate from the date of Judgment until paid;

    **IT IS ORDERED** that execution shall issue thereon.

    DATED this 17th day of May, 2012.

                                            /s/ Anna J. Brown
                                            _____
                                            ANNA J. BROWN
                                            United States District Judge

2 - JUDGMENT